JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Claims Legal Management, APC,<br><br>            Plaintiff,<br><br>     v.<br><br>American Safety Ins. Services, Inc., et al.,<br><br>            Defendant(s). | SACV 09-00609-JVS(FMOx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   October 30, 2009

_____
James V. Selna
United States District Judge